## Commonwealth v. Ford, Appellant.

Submitted September 11, 1969. *John W. Packel* and *Melvin Dildine*, Assistant Defenders, and *Vincent J. Ziccardi*, Acting Defender, for appellant; *Charles A. Klein* and *James D. Crawford*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The six Judges who heard this appeal being equally divided, the order of the court below is affirmed.

HOFFMAN, J., took no part in the consideration or decision of this case.

## Commonwealth v. Good, Appellant.

Submitted September 11, 1969. *A. Charles Peruto*, for appellant; *Richard Max Bockol* and *James D. Crawford*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.